IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



**FILED**

OCT 1 0 2014

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| RICKY JOE USREY,<br><br>Plaintiff,<br><br>vs.<br><br>DENISE DEYOTT, T.K.(Jane Doe 1),<br>C.C. (Jane Doe 2), M.C. (Jane Doe 3), and<br>SAM JOVANOVICH,<br><br>Defendants. | CV 14-00046-H-DLC<br><br><br>ORDER |

Mr. Usrey has filed a Motion to Dismiss with Prejudice (Doc. 6) indicating that the issues raised in this matter have been resolved pursuant to the terms of a settlement agreement reached in Civil Action No. 12-CV-92-H-DLC-RKS.

Accordingly, IT IS ORDERED that this action is DISMISSED WITH PREJUDICE. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 10th day of October, 2014.

Dana L. Christensen, Chief Judge
United States District Court